UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>DANIELLE COATS,<br><br>　　　　Defendant. | 5:24-CR-50038-02-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On April 26, 2024, defendant, Danielle Coats, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count V of the Indictment. Count V of Indictment charges Coats with Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 43) is adopted. The defendant is adjudged guilty of Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on July 26, 2024, at 2:00 p.m. in Rapid City, Courtroom 2.

Dated April 26, 2024.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE